UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

P-SEND

CIVIL MINUTES -REOPENING/CLOSING

Case No. CV 07-01099-MMM(JTLx)     Date APRIL 25, 2007

Title: 112184 EVANS FILMS LLC VS. EXPERIMENT PRODUCTIONS LLC, ET.AL

Present: The Honorable MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:
None appearing      None appearing

Proceedings: ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☒ Case previously closed in error. Make JS-5.

☐ Case should have been opended on entry dated_____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

DOCKETED ON CM
APR 26 2007
BY _____ 005

Initials of Preparer _____