PRIORITY SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CV07-1099-GW(JTLx) | Date   May 15, 2007 |
| Title | 112184 Evans Films LLC v. Experiment Productions LLC et al | |

**Present: The Honorable** GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Howard S. Fredman | None Present |

**PROCEEDINGS:    HEARING RE: STATUS CONFERENCE**

Status Conference is held off the record. Court orders plaintiff to file requests for default as to defendants' Experiment Productions, LLC. and Primetime Pictures, LLC. by not later than May 25, 2007. Subsequently, plaintiffs' motion for default judgment shall be filed with the hearing set for June 25, 2007 at 8:30 a.m.

IT IS SO ORDERED.



DOCKETED ON CM

MAY 1 7 2007

BY _____ 007

: 06

Initials of Preparer   JG