FILED
CLERK, U.S. DISTRICT COURT

MAY 29 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Evans Films LLC | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 07-1099-GW(JTLx) |
| v. | |
| Experiment Productions LLC et al | **DEFAULT BY CLERK** |
| DEFENDANT(S). | **F.R.Civ.P. 55(a)** |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Experiment Productions LLC

Primetime Pictures LLC

Clerk, U. S. District Court

DOCKETED ON CM
MAY 29 2007
BY _____

5/29/07                    By  L Chai
Date                       Deputy Clerk

CV-37 (10/01)              DEFAULT BY CLERK F.R.Civ.P. 55(a)