P – SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV07-1099-GW(JTLx) | Date | June 25, 2007 |
|---|---|---|---|
| Title | 112184 Evans Films LLC v. Experiment Productions LLC et al | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Howard S. Fredman | None Present |

**PROCEEDINGS:** HEARING RE: PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS EXPERIMENT PRODUCTIONS, LLC AND PRIMETIME PICTURES, LLC (filed 06/01/07)

Motion hearing is held. For the reasons stated on the record, Plaintiff's Application for Default Judgment Against Defendants Experiment Productions, LLC and Primetime Pictures, LLC (filed 06/01/07) is GRANTED. Court signs the proposed default judgment.

IT IS SO ORDERED.



: 06

Initials of Preparer   JG