ORIGINAL

FILED
CLERK U.S. DISTRICT COURT
JUN 2 5 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ENTERED
CLERK, U.S. DISTRICT COURT
JUN 2 6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANS FILMS, LLC, a Washington limited liability,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIMENT PRODUCTIONS LLC, a New Mexico limited liability company; PRIMETIME PICTURES, L.L.C., a California limited liability company; 2K4, INC. dba INDICAN PICTURES, a California corporation; DENNIS HERNANDEZ, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 07-1099 GW (JTLx)<br><br>[~~Proposed~~] **DEFAULT JUDGMENT AGAINST DEFENDANTS EXPERIMENT PRODUCTIONS LLC AND PRIMETIME PICTURES, L.L.C.** |

The application of Plaintiff Evans Films, LLC, a Washington limited liability ("Plaintiff") for entry of a default judgment against Defendants Experiment Productions LLC, a New Mexico limited liability company ("Experiment"), and Primetime Pictures, L.L.C., a California limited liability company ("Primetime") came on regularly for hearing on June 25, 2007. Plaintiff

-1-

*Default Judgment Against Defendants Experiment Productions, LLC and Primetime Pictures, L.L.C.*

1. appeared through its counsel, Howard S Fredman of FREDMAN|LIEBERMAN LLP. There was no appearance on behalf of Defendants Experiment or Primetime.

The Court finds the following: (1) Defendants Experiment and Primetime were properly served with a copy of the summons and complaint; (2) Defendants Experiment and Primetime failed to answer the complaint or appear and defend the action within the time allowed by law; (3) the Default of Defendants Experiment and Primetime was entered by the clerk upon Plaintiff's application; (4) there is no requirement to serve notice on the defaulting parties pursuant to Rule 55(b)(2), Fed. R. Civ. P.; and (5) Defendants Experiment and Primetime are limited liability companies and are neither infants, nor incompetent persons, and the Soldiers' and Sailors' Civil Relief Act of 1940 does not apply to them.

The Court having considered Plaintiff's Notice of Application and Application for Default Judgment Against Defendants Experiment and Primetime; the supporting Memorandum of Points and Authorities, the Declaration of Howard S Fredman regarding the default, and the Declaration of David W. Schiffrin regarding the substantive relief requested, and it appearing to the Court that Plaintiff has complied with all provisions of Rule 55(b)(2), Fed. R. Civ. P., and good cause appearing therefor,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Evans Films, LLC have and recover from Defendants Experiment Productions, LLC and Primetime Pictures, L.L.C., jointly and severally, the sum of One Million Seven Hundred Thousand Dollars ($1,700,000.00), ~~with prejudgment interest at the default rate of 13.25% in the amount of $_____, and~~ with post-judgment interest at the legal rate of 4.98 % from the date of entry of the judgment until paid, together with costs of $ -0- and reasonable attorneys' fees in the amount of $37,600.00.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff Evans Films, LLC shall recover from Defendants Experiment Productions, LLC and Primetime Pictures, L.L.C., the following described property: All collateral securing the Loan and Participation Agreement by and between Experiment Productions, LLC and the New Mexico State Investment Council dated as of July 9, 2004, including without limitation the motion picture entitled "The Experiment a/k/a Cruel World," and all film and sound elements manufactured with respect thereto; and all rights to distribute said motion picture.

Dated: June 25, 2007

_____
United States District Judge

Presented this May 31, 2007, by:

_____
HOWARD S FREDMAN, ESQ. (State Bar No. 046249)
MARC A. LIEBERMAN, ESQ. (State Bar No. 157318)
**FREDMAN | LIEBERMAN LLP**
1875 Century Park East, Suite 2200
Los Angeles, CA 90067-2523
Tel: 310.226-6796   Fax: 310.226-6797
hsflawyer@aol.com

JEFFREY S. KONVITZ, Esq. (State Bar No. 112184)
**LAW OFFICES OF JEFFREY S. KONVITZ**
1801 Century Park, E. #2300
Los Angeles, CA 90067
Tel: 310.772-2800 Fax: 310.789-2211
jk@konvitzlaw.com

Attorneys for Plaintiff
Evans Films, LLC

## PROOF OF SERVICE

I, the undersigned, declare and certify that I am over the age of 18 years and not a party to this action. I am employed in the law office of members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is **FREDMAN|LIEBERMAN** LLP, 1875 Century Park East, Suite 2200, Los Angeles, CA 90067-2523.

On May 31, 2007, I served true copies of the following document: **[Proposed] DEFAULT JUDGMENT AGAINST DEFENDANTS EXPERIMENT PRODUCTIONS LLC AND PRIMETIME PICTURES, L.L.C.** to the parties hereinafter mentioned:

[**BY MAIL**] I am familiar with the office practice of **FREDMAN|LIEBERMAN** LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in **FREDMAN|LIEBERMAN** LLP'S interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of **FREDMAN|LIEBERMAN** LLP for collecting and processing documents for mailing with the United States Postal Service:

Prime Time Pictures, LLC
Attn: Todd Nealey, its
Agent for Service of Process
P. O. Box 7111
Beverly Hills, CA 90212

Experiment Productions, LLC
Attn: Todd Nealey, its
Managing Member
P. O. Box 7111
Beverly Hills, CA 90212

I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on May 31, 2007, at Los Angeles, California.

_Sarah A. Madigan_
Print Name

_/s/ Sarah A. Madigan_
Signature